# FISHMAN MCINTYRE LEVINE SAMANSKY P.C.

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
CASSANDRA A. WILLOCK*
PETER J. MURANO, III*
KEVIN J. DONNELLY *
ANN MARIE F. KANE*
MARK N. KEDDIS*
CAROLINE PAPADATOS <
MOHAMED MAZZY*

NEW YORK OFFICE
521 FIFTH AVENUE, 17th FL.
NEW YORK, NY 10175
Tel (212) 461-7190
Fax (973) 560-0060
*(Mail and Overnight Deliveries
to New Jersey office)*

February 26, 2026

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

> NJ BAR
< NY BAR
⅄ NJ, NY & CT BARS
**NJ & DC BARS
* NJ & NY BARS

+ Certified by the Supreme Court
of NJ as a Civil Trial Attorney

www.fishmanmcintyre.com

**Via ECF**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> ## MEMO ENDORSED

Re:    **Tara Fogel v. Target Corporation**
       **Case No.: 1:25-cv-05102 (KPF)**
       **Our File No.: TARN-234**

Dear Judge Failla:

This office represents defendant, Target Corporation, in connection with the above matter. By this joint letter on behalf of all parties, the parties respectfully request an extension of certain existing discovery deadlines. This is the second request for an extension of any deadline. The parties request an extension of 45 days of the following current discovery deadlines as set forth below.

- Fact discovery due –    02/27/26
- Expert discovery due – 03/16/26
- Telephone conference – 03/11/26 (2:30 p.m.)

The parties understand that Your Honor's Order of 11/24/25, following the parties first request for an extension of discovery deadlines (docket 11), stated "Absent exigent circumstances, the Court does not anticipate granting another discovery extension request". However, the parties believe exigent circumstances, beyond their control, exist.

Outstanding are two depositions. At plaintiff's deposition, plaintiff testified her daughter was in the store with her, although not an eyewitness to the incident. She is, however, an eyewitness to the aftermath, including the alleged condition complained of by plaintiff which caused her accident. She is also a witness to certain elements of plaintiff's damages.

The parties have been working diligently to take the deposition of plaintiff's daughter. Plaintiff's counsel has been attempting to get plaintiff's daughter to appear voluntarily, and if unsuccessful, will provide the last known address. To date, this witness has undergone health issues which made her unavailable.

1

Counsel for plaintiff has most recently communicated with the witness who indicates that she should be able to appear for her deposition in late March.

In addition, the Target "manager" who the plaintiff interacted with post-incident is no longer employed with Target. She was previously cooperative. She is no longer cooperating. Target will produce an alternate witness. However, subsequent to plaintiff's accident, this Target store closed, and Target has had difficulty securing an alternate witness still under its employ. We are continuing that endeavor. However, we have made great strides, and anticipate being able to produce a witness within the next 45 days, should Your Honor graciously grant this request.

As noted above, this is the second request for an extension of certain discovery deadlines. The parties will not be making any further requests.

As the testimony of the Target witness may impact liability, and the parties may retain liability experts, the parties request an extension of the expert discovery deadline by the same 45 days.

A Revised Scheduling Order is attached.

We thank Your Honor for your consideration.

Respectfully submitted,

/s/ Mitchell B. Levine

_____

Mitchell B. Levine, Esq.
Fishman McIntyre Levine Samansky P.C.

MBL/eap
cc: Jeffrey B. Manca, Esq.

Application GRANTED.

Fact discovery is hereby ADJOURNED to **April 13, 2026;** expert discovery is hereby ADJOURNED to **April 30, 2026;** and the post-fact pretrial conference currently scheduled for March 11, 2026, is hereby ADJOURNED to **April 22, 2026,** at **4:00 p.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Court does not anticipate granting another discovery extension.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:    February 27, 2026
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2